Opinion issued April 28, 2026



In The

# Court of Appeals

For The

## First District of Texas

———————————

**NO. 01-26-00405-CV**

———————————

### IN RE JAMES MCCOY, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, James McCoy, currently incarcerated and proceeding pro se, filed a petition for a writ of mandamus asserting that the trial court failed to perform its ministerial duty "to adequately address [r]elator's Motion [t]o Compel Answer [o]r Alternatively Motion for Default Judgment properly filed and before the [trial]

court."[1]  Relator requested that this Court issue a writ of mandamus directing the trial court to "promptly address his Motion [t]o Compel Answer [o]r Alternatively Motion for Default Judgment."

We conclude that relator has failed to establish he is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

---

[1]  The underlying case is *James McCoy v. Sylvia Hightower*, Cause No. 036819, in the 506th District Court of Grimes County, Texas, the Honorable Gary W. Chaney presiding.